IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT COLEMAN**                                                                                     **PLAINTIFF**

**v.**                              **CASE NO. 5:08CV00296-BD**

**ERNEST GOLDEN,** *Jail Administrator,*
*Arkansas County Detention Center*                                                               **DEFENDANT**

## ORDER OF DISMISSAL

A bench trial was held in this matter on September 9, 2009.  In accordance with the Court's findings of fact and conclusions of law as recited into the record following the presentation of evidence, Judgment was rendered in favor of the Plaintiff.   Therefore, all claims having been adjudicated, the case is hereby dismissed with prejudice.

IT IS SO ORDERED this 14th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE