IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT COLEMAN**                                                                                          **PLAINTIFF**

**v.**                            **CASE NO. 5:08CV00296-BD**

**ERNEST GOLDEN,** *Jail Administrator,*
*Arkansas County Detention Center*                                                          **DEFENDANT**

## JUDGMENT

A bench trial was held in this matter on September 9, 2009.  In accordance with the Court's findings of fact and conclusions of law as recited into the record following the presentation of evidence, Judgment is hereby rendered in favor of the Plaintiff, Robert Coleman, in the amount of Seven Hundred Fifty and 00/100 Dollars ($750.00) and against the Defendant, Ernest Golden, Jail Administrator, Arkansas County Detention Center.

IT IS SO ORDERED this 14th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE